Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER DANKERT,

    Defendant.

No. CR16-324JLR

ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE

THE COURT, having considered the Motion to Continue Trial Date and Pretrial Motions Deadline, any responses, filings, or memoranda related thereto, and all the files and records herein, the Court finds as follows:

1. The facts and circumstances are as set forth in the Motion to Continue Trial Date and Pretrial Motions Deadline;

2. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

3. Failure to grant a continuance would likely result in a miscarriage of justice;

4. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial;

[PROPOSED] ORDER CONTINUING TRIAL DATE...
PAGE 1 OF 2
CR16-264JLR

**LAW OFFICE OF
AMY MUTH, PLLC**
1111 Third Avenue, Suite 2220
Seattle, Washington 98101
Tel: 206-682-3053
Fax: 206-682-3746

5. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6. The period of time from the filing date of the Motion to Continue Trial Date and Pretrial Motions Deadline until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS ORDERED that Defendant Christopher Dankert's trial date is hereby continued from June 19, 2017, to October 23, 2017.

IT IS FURTHER ORDERED that Defendant Christopher Dankert's pretrial motions deadline is reset from May 2, 2017 to August 24, 2017.

DATED this 2nd of May, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

//
//

Presented By:

*s/ Amy I. Muth*
Amy I. Muth, WSBA #31862
Attorney for Christopher Dankert
1111 Third Avenue, Suite 2220
Seattle, WA 98101
(206) 682-3053
amy@amymuthlaw.com

[PROPOSED] ORDER CONTINUING TRIAL DATE...
PAGE 2 OF 2
CR16-264JLR

**LAW OFFICE OF**
**AMY MUTH, PLLC**
1111 THIRD AVENUE, SUITE 2220
SEATTLE, WASHINGTON 98101
TEL: 206-682-3053
FAX: 206-682-3746