Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> CHRISTOPHER DANKERT, <br><br> Defendant. | NO. CR16-0324JLR <br><br> **ORDER TO SEAL** |

Having read the Government's Motion to Seal (Dkt. #27) and because of the sensitive information contained within the United States' Sentencing Memorandum;

It is hereby ORDERED that the United States' Sentencing Memorandum shall remain sealed.

DATED this 15th day of August, 2017.

_____
JAMES L. ROBART
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Presented by:
2 |
3 | *S/ Steven T. Masada*
STEVEN T. MASADA
4 | Assistant United States Attorney

Order to Seal
*U.S. v. Dankert,* CR16-324 JLR - 2